UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED, | : : : | CIVIL ACTION NO.: 3:03CV295 (RNC) |
| Plaintiff | : | |
| v. | : : | |
| C. JEFFERSON PARKER, | : : | December 30, 2003 |
| Defendant. | : | |

**MOTION FOR 30-DAY EXTENSION OF TIME
TO FILE STIPULATION FOR DISMISSAL WITH PREJUDICE**

On December 22, 2003, the Court issued an Order directing the plaintiff "to file a memorandum on or before January 12, 2004 showing why this action should not be dismissed." In response, the plaintiff submits the following motion for a thirty day extension of time to file a stipulation for dismissal with prejudice. In support, the plaintiff would show as follows:

1. After extensive negotiations, the parties have reached a final settlement of this matter.

2. While the settlement agreement has been executed by the parties, the settlement payment is not expected to be made until after January 12, 2004.

3. Pursuant to the terms of the settlement agreement, the parties have agreed to file a Joint Stipulation for Dismissal with Prejudice in accordance with Fed. R. Civ. P. 41(a)(1) upon the plaintiff's receipt of the settlement payment.

WHEREFORE, the plaintiff respectfully requests a thirty day extension of time until February 11, 2004 to file a Joint Stipulation of Dismissal with Prejudice following the receipt of the settlement payment by the plaintiff.

RESPECTFULLY SUBMITTED:

By: _____
Shel D. Myers, ct13581
smyers@kemlaw.com
Kainen, Escalera & McHale, P.C.
21 Oak Street
Hartford, Connecticut
Telephone: (860) 493-0870
Facsimile: (860) 493-0871

Attorneys for Plaintiff,
Merrill Lynch, Pierce, Fenner & Smith Incorporated

Of Counsel:
David F. McComb, Esquire
Paul G. Kirk, Esquire
RUBIN & ASSOCIATES, P.C.
10 South Leopard Road, Suite 202
Paoli, Pennsylvania 19301
(610) 408-2021
(610) 408-9070 (telecopy)

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was sent via regular first-class mail, postage prepaid, this 30th day of December, 2003 to the defendant's attorneys: James L. Brawley, Morrison, Mahoney & Miller, One Constitution Plaza, 10th Floor, Hartford, CT 06103 and David A. Stein, Esq., Luboja & Thau, 10 East 40th Street, 30th Floor, New York, NY 10016.

_____
Shel D. Myers

12336