FILED

2003 DEC 31 P 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED, | : CIVIL ACTION NO.: <br> : 3:03CV295 (RNC) |
| Plaintiff | : |
| v. | : |
| C. JEFFERSON PARKER, | : December 30, 2003 |
| Defendant. | : |

**MOTION FOR 30-DAY EXTENSION OF TIME
TO FILE STIPULATION FOR DISMISSAL WITH PREJUDICE**

On December 22, 2003, the Court issued an Order directing the plaintiff "to file a memorandum on or before January 12, 2004 showing why this action should not be dismissed." In response, the plaintiff submits the following motion for a thirty day extension of time to file a stipulation for dismissal with prejudice. In support, the plaintiff would show as follows:

1.      After extensive negotiations, the parties have reached a final settlement of this matter.

2.      While the settlement agreement has been executed by the parties, the settlement payment is not expected to be made until after January 12, 2004.

3.      Pursuant to the terms of the settlement agreement, the parties have agreed to file a Joint Stipulation for Dismissal with Prejudice in accordance with Fed. R. Civ. P. 41(a)(1) upon the plaintiff's receipt of the settlement payment.

12/31/03 Granted. So noted.

FILED

2004 JAN -5 A
U.S. DISTRICT COURT
HARTFORD CT.