UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MERRILL LYNCH, PIERCE, FENNER & SMITH, INC. | : | CIVIL ACTION NO. 3:03CV295 (RNC) |
|     Plaintiff | : | |
| VS. | : | |
| C. JEFFERSON PARKER | : | MARCH 2, 2004 |
|     Defendant. | | |

## APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for the defendant, C. Jefferson Parker.

Dated at Hartford, Connecticut this 2nd day of March, 2004.

          THE DEFENDANT,
          C. JEFFERSON PARKER

By: _____
    James L. Brawley, Esq.– CT17321
    MORRISON, MAHONEY & MILLER, LLP
    One Constitution Plaza, 10th Floor
    Hartford, CT 06106
    Phone: (860) 616-4441
    His Attorneys

1

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent, by U.S. mail, postage prepaid, to the following counsel of record, this 2nd day of March, 2004 as follows:

Attorney Shel D. Myers
Kainen, Escalera & McHale, P.C.
21 Oak Street
Hartford, CT 06106

David F. McComb, Esq.
Paul G. Kirk, Esq.
Rubin & Associates, P.C.
10 South Leopard Road, Suite 202
Paoli, PA 19301

David A. Stein, Esq.
Luboja & Thau, LLP
10 East 40th Street, 30th Floor
New York, NY 10016

_____
James L. Brawley, Esq.

MORRISON, MAHONEY & MILLER, LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459