UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED, | CIVIL ACTION NO.: 3:03CV295 (RNC) |
| Plaintiff | |
| v. | |
| C. JEFFERSON PARKER, | February 10, 2004 |
| Defendant. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Merrill Lynch, Pierce, Fenner & Smith, Incorporated, and Defendant, C. Jefferson Parker, hereby jointly and voluntarily stipulate and agree that the above-captioned action may be dismissed with prejudice and without costs and attorneys fees to either party.

DATE: 2/26/04

_____
James L. Brawley
Morrison, Mahoney & Miller,
One Constitution Plaza, 10th Floor
Hartford, CT 06103

Of Counsel:

David A. Stein, Esq.,
Luboja & Thau,
10 East 40th Street, 30th Floor,
New York, NY 10016

Attorneys for Defendant

DATE: 2/10/04

_____
Shel D. Myers, ct13581
smyers@kemlaw.com
Kainen, Escalera & McHale, P.C.
21 Oak Street
Hartford, Connecticut
Telephone: (860) 493-0870
Facsimile: (860) 493-0871

Of Counsel:

David F. McComb, Esquire
Paul G. Kirk, Esquire
RUBIN & ASSOCIATES, P.C.
10 South Leopard Road, Suite 202
Paoli, Pennsylvania 19301
(610) 408-2021
(610) 408-9070 (telecopy)

Attorneys for Plaintiff

2