UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------ x
THE SAFETY ZONE LLC,

    Plaintiff,

-against-

AMERICAN INTERNATIONAL CARGO
SERVICE, INC., in personam, and the vessel
MAERSK CAROLINA, in rem,

    Defendants.
------------------------------------------------------------ x

Civil Action: 3:04cv00066 (RNC)

**VOLUNTARY DISMISSAL**
**PURSUANT TO RULE 41(a)**

FILED 2004 MAR -1 P 2:12 U.S. DISTRICT COURT HARTFORD, CT.

The plaintiff, The Safety Zone LLC, pursuant to Federal Rule of Civil Procedure 41(a), agrees to dismiss the above action against American International Cargo Service, Inc. and the vessel Maersk Carolina without prejudice and without costs to either party. Defendants have not appeared, moved or answered.

Approved. So ordered.
Robert N. Chatigny, U.S.D.J.
FILED 2004 MAR -4 P 2: U.S. DISTRICT COURT HARTFORD,
March 4, 2004.

Dated: New York, New York
February 27, 2004

PLAINTIFF,
THE SAFETY ZONE LLC

By:_____
Gregory J. Ligelis (GL 0357)
Robinson & Cole LLP
885 Third Avenue, 28TH Floor
New York, NY 10022
(212) 451-2900 or
(203) 462-7500

**SO ORDERED:**

_____
U.S.D.J.

STAM1-752064-1